UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICOLETTA PANTELYAT, MICHAEL EDWARDS, and ISABELLE SCHERER, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A. and BANK OF AMERICA CORPORATION,<br><br>        Defendants. | Civil Action No. 1:16-cv-08964-AJN |

## PLAINTIFFS' NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

PLEASE TAKE NOTICE that Plaintiffs Nicoletta Pantelyat, *et al.* ("Plaintiffs"), individually and on behalf of all others similarly situated, by their undersigned counsel, will move this Court, on a date and time designated by the Court, for Preliminary Approval of Class Action Settlement (the Settlement Agreement and Release is concurrently filed herewith as Exhibit 1 to the Declaration of Robert Ahdoot).

In support of this Motion, Plaintiffs will rely on the concurrently filed Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement, the Declarations of Robert Ahdoot, Cameron Azari, and Deborah Goldstein, and the exhibits attached thereto.

In accordance with Paragraph 3(M) of this Court's Individual Practices in Civil Cases, attached hereto as Exhibit 1 is the Proposed Preliminary Approval Order the Parties have agreed to request entry of pursuant to the Settlement Agreement. (*See* Settlement Agreement, Exhibit C).

Dated: January 19, 2018

Respectfully submitted,

AHDOOT & WOLFSON, PC

_____
Robert R. Ahdoot
Tina Wolfson
45 Main Street, Suite 230
Brooklyn, New York 11201
Tel:   917-336-0171
Fax:   917-336-0177
*rahdoot@ahdootwolfson.com*
*twolfson@ahdootwolfson.com*

AHDOOT & WOLFSON, PC
Tina Wolfson
Robert R. Ahdoot
Theodore W. Maya
Vanessa Shakib
10728 Lindbrook Drive
Los Angeles, California 90024
Tel:   310-474-9111
Fax:   310-474-8585
*rahdoot@ahdootwolfson.com*
*tmaya@ahdootwolfson.com*
*bking@ahdootwolfson.com*
*vshakib@ahdootwolfson.com*

Attorneys for Plaintiffs and proposed Class Counsel

## CERTIFICATE OF SERVICE

  I, Robert R. Ahdoot, hereby certify that a copy of the foregoing document, filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies shall be served by first class mail postage prepaid on all counsel who are not served through the CM/ECF system on January 19, 2018.

                        _____
                        Robert R. Ahdoot