UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



---

N. Pantelyat, *individually and on behalf of all others
similarly situated*,

Plaintiff,

16-cv-8964 (AJN)

-v-

ORDER

Bank of America, N.A., *et al.*,

Defendants.

---

ALISON J. NATHAN, District Judge:

In light of the preliminary approval of the parties' class action settlement, Dkt. No. 71,

Defendants' pending motion to dismiss and accompanying motion for oral arguments, *see* Dkt.

Nos. 48, 50, are both DENIED without prejudice and with leave to refile if a settlement is not

ultimately approved.

This Order resolves Dkt. Nos. 48 & 50.


SO ORDERED.

Dated: April 3, 2018
       New York, New York

_____
        ALISON J. NATHAN
    United States District Judge