UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICOLETTA PANTELYAT, MICHAEL EDWARDS, and ISABELLE SCHERER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A. and BANK OF AMERICA CORPORATION,<br><br>Defendants | Civil Action No. 1:16-cv-08964-AJN<br><br>Honorable Alison J. Nathan |

## NOTICE OF MOTION FOR AWARD OF SERVICE PAYMENTS TO CLASS REPRESENTATIVES, AWARD OF ATTORNEYS' FEES, AND REIMBURSEMENT OF EXPENSES

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on August 8, 2018 at 11:00 a.m. before the Honorable Alison J. Nathan, United States District Judge for the Southern District of New York, located at 40 Foley Square, Courtroom 2102. New York, New York 10007, Plaintiffs and Class Representatives Nicoletta Pantelyat, Michael Edwards, and Isabelle Scherer, by and through Class Counsel, Ahdoot & Wolfson, PC, will move and hereby do move for an order (1) awarding each Class Representative a Service Award in the amount of $2,500 each, in recognition of their efforts on behalf of the Class (1) approving payment of attorneys' fees in the amount of twenty-five percent (25%) of the Settlement Fund (*i.e.* $5,500,000) and reimbursement of expenses incurred by the attorneys in the total amount of $51,562.67, and (3) awarding such other and further relief as the Court deems reasonable, just and proper.

**PLEASE TAKE FURTHER NOTICE** that, in support of the motion, Plaintiffs and Class Representatives will rely upon the accompanying memorandum of law in support, the Declarations of Nicoletta Pantelyat, Michael Edwards, Isabelle Scherer, Tina Wolfson, Daniel K. Bryson, Christopher P. Ridout, filed herewith, the Settlement Agreement and Release preliminarily approved by the Court, the argument of counsel at oral hearing, all pleadings and records and on file in this matter, and such other matters as the Court may consider.

Dated: June 1, 2018

Respectfully submitted,

By: _____
      Tina Wolfson

AHDOOT & WOLFSON PC
Tina Wolfson
Bradley K. King
45 Main Street, Suite 230
Brooklyn, New York 11201
Tel:   917-336-0171
Fax:  917-336-0177
*twolfson@ahdootwolfson.com*
*bking@ahdootwolfson.com*


AHDOOT & WOLFSON, PC
Robert R. Ahdoot*
Theodore W. Maya*
Vanessa Shakib*
10728 Lindbrook Drive
Los Angeles, California 90024
Tel:   310-474-9111
Fax:  310-474-8585
*rahdoot@ahdootwolfson.com*
*tmaya@ahdootwolfson.com*
*vshakib@ahdootwolfson.com*
*admitted *pro hac vice*

*Class Counsel and Attorneys for Plaintiffs*

Daniel K. Bryson*
WHITFIELD BRYSON & MASON LLP
900 W. Morgan St.
Raleigh, NC 27603
Tel: (919) 600-5000
Fax: (919) 600-5035
Email: *dan@wbmllp.com*
*admitted *pro hac vice*

*Attorneys for Plaintiffs*

Christopher P. Ridout
ZIMMERMAN REED LLP
2381 Rosecrans Ave., Suite 328
Manhattan Beach, CA 90245
Tel: (877) 500-8780
Fax: (877) 500-8781
Email: c*hristopher.ridout@zimmreed.com*
*admitted *pro hac vice*

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

    I, Robert R. Ahdoot, hereby certify that a copy of the foregoing document, filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies shall be served by first class mail postage prepaid on all counsel who are not served through the CM/ECF system on June 1, 2018.

                                                                      Tina Wolfson