USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___6.13.2018___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

N. Pantelyat, *individually and on behalf of all others similarly situated*,

                Plaintiff,

    -v-

Bank of America, N.A., *et al.*,

                Defendants.

16-cv-8964 (AJN)

ORDER

---

ALISON J. NATHAN, District Judge:

    On June 11, 2018, the Court received an objection to the proposed settlement from Mr. Mohamed Diane. Because of personally identifying information contained in his submission, the Court will docket a redacted copy of his letter, and maintain the appended personal information under SEAL.

    SO ORDERED.

Dated: June 13, 2018
New York, New York

_____
ALISON J. NATHAN
United States District Judge



Hello to whom it may concern,

My name is Mohamed Diane. I am objecting to the settlement because I have some hardships going through my life right now.

Please consider this.

Sincerely,
Mohamed S Diane