UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICOLETTA PANTELYAT, MICHAEL EDWARDS, and ISABELLE SCHERER, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A. and BANK OF AMERICA CORPORATION,<br><br>　　　　　　　Defendants. | Civil Action No. 1:16-cv-08964-AJN |

## PLAINTIFFS' NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

PLEASE TAKE NOTICE that Plaintiffs Nicoletta Pantelyat, *et al.* ("Plaintiffs"), individually and on behalf of the Settlement Class preliminarily approved in this Court's Preliminary Approval Order (Dkt. 71), by their undersigned counsel, will move this Court, on August 8, 2018 at 11:00 a.m. in Courtroom 2102 of the United States District Court for the Southern District of New York located at 40 Foley Square, New York, New York 10007, for final approval of the proposed class action settlement in this matter.

In support of this Motion, Plaintiffs will rely on the concurrently filed Memorandum of Law in support of Plaintiffs' Motion for Final Approval of Class Action Settlement, the concurrently filed Declarations of Robert Ahdoot, Cameron Azari, and Patrice E. Hendriksen, the Declarations filed in support of the Motion for Preliminary Approval (Dkts. 65-67), and the Declarations filed in support of the Motion for Award of Service Payments to Class

1

Representatives, Award of Attorneys' Fees, and Reimbursement of Expenses (Dkts. 81-86) and the exhibits attached thereto.

    In accordance with Paragraph 3(M) of this Court's Individual Practices in Civil Cases, attached hereto as Exhibit 1 is the Proposed Final Approval Order the Parties have agreed to request entry of pursuant to the Settlement Agreement. Also attached hereto as Exhibit 2 is the Parties' Proposed Judgment.

Dated: July 6, 2018                        Respectfully submitted,

                                              AHDOOT & WOLFSON, PC

                                              _____
                                              Robert R. Ahdoot
                                              Tina Wolfson
                                              45 Main Street, Suite 230
                                              Brooklyn, New York 11201
                                              Tel:   917-336-0171
                                              Fax:  917-336-0177
                                              *rahdoot@ahdootwolfson.com*
                                              *twolfson@ahdootwolfson.com*

                                              AHDOOT & WOLFSON, PC
                                              Tina Wolfson
                                              Robert R. Ahdoot
                                              Theodore W. Maya
                                              Vanessa Shakib
                                              10728 Lindbrook Drive
                                              Los Angeles, California 90024
                                              Tel:   310-474-9111
                                              Fax:  310-474-8585
                                              *rahdoot@ahdootwolfson.com*
                                              *tmaya@ahdootwolfson.com*
                                              *bking@ahdootwolfson.com*
                                              *vshakib@ahdootwolfson.com*

                                              Attorneys for Plaintiffs and proposed Class Counsel

3

## CERTIFICATE OF SERVICE

    I, Robert R. Ahdoot, hereby certify that a copy of the foregoing document, filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies shall be served by first class mail postage prepaid on all counsel who are not served through the CM/ECF system on July 6, 2018.

                                                                                          Robert R. Ahdoot